UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MANUEL MAIRS, an individual; and JACQUELINE MAIRS, an individual,

Plaintiffs,

v.

ROBERT BECKETT, et al.,

Defendants.

2:10-CV-1290 JCM (PAL)

**ORDER**

Presently before the court is defendant Robert Beckett's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), or for a judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). (Doc. #19).

Following the filing of the present motion, the court consolidated the above captioned case with *Mairs et al v. Beckett et al* (Case No. 2:10-cv-00874-JCM-PAL). (Doc. #22). Subsequently, defendant Beckett's motion to dismiss was filed (doc. #45) in the consolidated case. On February 17, 2011, the court entered an order (doc. #59) denying as moot the motion to dismiss (doc. #45) in the consolidated case. Therefore, the present motion to dismiss, which was filed earlier (doc. #19), is moot.

Accordingly,

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Robert Beckett's
2   motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), or for a judgment on the
3   pleadings pursuant to Federal Rule of Civil Procedure 12(c) (doc. #19) be, and the same hereby is,
4   DENIED as moot.

5   DATED May 17, 2011.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -