*
THOMAS P. BEKO, ESQ. (#002653)
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendant Nye County*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL MAIRS, an individual and JACQUELINE MAIRS, an individual,<br><br>  Plaintiffs,<br><br>vs.<br><br>ROBERT BECKETT, Nye County District Attorney; NYE COUNTY, NEVADA, a political subdivision of the State of Nevada; FRANK TOPPO, an individual; RICHARD MARSHALL, Nye County Undersheriff; WESLEY WHITE, Nye County Deputy Prosecuting Attorney and DOES 1 through 100, inclusive,<br><br>  Defendants.<br>_____/ | CASE NO: 2:10-CV-00874-JCM(PAL)<br><br>(*consolidated with* 2:10-CV-01290-GMN(PAL))<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

 COME NOW, the parties, by and through their respective attorneys of record, and hereby stipulate that the issues in both above-entitled actions may be dismissed, with prejudice, with all parties to bear their own court costs and attorney's fees.

///

///

ERICKSON, THORPE & SWAINSTON, LTD.

1

**IT IS SO STIPULATED:**

DATED: March 20, 2012              ERICKSON, THORPE & SWAINSTON, LTD.

                          /s/ Brent Ryman
Brent L. Ryman, Esq.
*Attorneys for Defendants, Nye County and Wesley White*

DATED: March 20, 2012              LAW OFFICE OF LISA RASMUSSEN, PC

                          /s/ Lisa Rasmussen
Lisa A. Rasmussen
*Attorney for Plaintiffs*

DATED: March 20, 2012              BURCH & CRACCHIOLO, P.A.

                          /s/ Jeffrey Pitegoff
Jeffrey I. Pitegoff
*Attorneys for Defendant, Frank Toppo*

DATED: March 20, 2012              PITEGOFF LAW OFFICE

                          /s/ Jeffrey Pitegoff
Jeffrey I. Pitegoff
*Attorneys for Defendant, Robert Beckett*

DATED: March 20, 2012              THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER

                          /s/ Philip Goodhart
Philip Goodhart, Esq.
*Attorneys for Defendant, Richard Marshall*

IT IS SO ORDERED this 12th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE

2