1  *
 THOMAS P. BEKO, ESQ. (#002653)
2  BRENT L. RYMAN, ESQ. (#008648)
 ERICKSON, THORPE & SWAINSTON, LTD.
3  99 West Arroyo Street
 P.O. Box 3559
4  Reno, Nevada 89505
 Telephone: (775) 786-3930
5  *Attorneys for Defendant Nye County*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL MAIRS, an individual and JACQUELINE MAIRS, an individual, | CASE NO: 2:10-CV-00874-JCM(PAL) |
| Plaintiffs, | (*consolidated with* 2:10-CV-01290-GMN(PAL)) |
| vs. | **STIPULATED DISMISSAL WITH PREJUDICE** |
| ROBERT BECKETT, Nye County District Attorney; NYE COUNTY, NEVADA, a political subdivision of the State of Nevada; FRANK TOPPO, an individual; RICHARD MARSHALL, Nye County Undersheriff; WESLEY WHITE, Nye County Deputy Prosecuting Attorney and DOES 1 through 100, inclusive, | |
| Defendants. _____/ | |

   COME NOW, the parties, by and through their respective attorneys of record, and hereby stipulate that the issues in both above-entitled actions may be dismissed, with prejudice, with all parties to bear their own court costs and attorney's fees.

///

///



1

**IT IS SO STIPULATED:**

DATED: March 20, 2012        ERICKSON, THORPE & SWAINSTON, LTD.

                /s/ Brent Ryman
Brent L. Ryman, Esq.
*Attorneys for Defendants, Nye County and Wesley White*

DATED: March 20, 2012        LAW OFFICE OF LISA RASMUSSEN, PC

                /s/ Lisa Rasmussen
Lisa A. Rasmussen
*Attorney for Plaintiffs*

DATED: March 20, 2012        BURCH & CRACCHIOLO, P.A.

                /s/ Jeffrey Pitegoff
Jeffrey I. Pitegoff
*Attorneys for Defendant, Frank Toppo*

DATED: March 20, 2012        PITEGOFF LAW OFFICE

                /s/ Jeffrey Pitegoff
Jeffrey I. Pitegoff
*Attorneys for Defendant, Robert Beckett*

DATED: March 20, 2012        THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER

                /s/ Philip Goodhart
Philip Goodhart, Esq.
*Attorneys for Defendant, Richard Marshall*

IT IS SO ORDERED this 12th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE